**Order entered January 14, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-21-01046-CV**
_____

**ROBERT JOSEPH YEZAK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-04110-2021**

**ORDER**

Before the Court is appellant's January 12, 2022 motion requesting the Court provide him with a copy of the docketing statement and "any other standard forms necessary to comply with the appellate process." We **GRANT** the motion to the extent that we **DIRECT** the Clerk of this Court to send appellant a paper copy of this Court's Docketing Statement.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE